UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN KANE, | 1:06-cv-01564-OWW-NEW (DLB) PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12) |
| vs. | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 4) |
| RICHARD PIERCE, et al., | |
| Defendants. | |

Plaintiff Shaun Kane ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 18, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. On February 1, 2007, plaintiff filed an objection, and on February 26, 2007, plaintiff filed a supplemental objection.

///

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. At this juncture, the Court does not yet have jurisdiction over defendants and therefore does not have jurisdiction to issue the order sought by plaintiff. <u>City of Los Angeles v. Lyons</u>, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); <u>Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc.</u>, 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); <u>Jones v. City of Los Angeles</u>, 444 F.3d 1118, 1126 (9th Cir. 2006); <u>Zepeda v. United States Immigration Service</u>, 753 F.2d 719, 727 (9th Cir. 1985). Plaintiff's motion is premature.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed January 18, 2007, is ADOPTED IN FULL; and,

2.   Plaintiff's motion for preliminary injunctive relief, filed November 3, 2006, is DENIED, without prejudice.

IT IS SO ORDERED.

**Dated:   March 20, 2007**              /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE