# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN KANE,<br><br>          Plaintiff,<br><br>     v.<br><br>RICHARD PIERCE, et al.<br><br>          Defendants.<br>_____/ | CASE NO. 1:06-cv-01564-OWW-NEW (DLB) PC<br><br>ORDER DENYING MOTION FOR ISSUANCE OF SUMMONSES<br><br>(Doc. 19) |

Plaintiff Shaun Kane ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 10, 2007, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and ordered plaintiff to either file an amended complaint or notify the court of his willingness to proceed only on the claims found to be cognizable by the court. On April 12, 2007, plaintiff filed a motion seeking issuance of summonses for service of process.[1]

In light of the court's order of April 10, 2007, plaintiff's motion for the issuance of summonses is HEREBY DENIED.

IT IS SO ORDERED.

    Dated:   **April 16, 2007**             **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's motion is dated April 9, 2007.

1