# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SHAUN KANE,

           Plaintiff,

  v.

RICHARD PIERCE, et al.

           Defendants.

_____/

CASE NO. 1:06-cv-01564-OWW-GSA PC

ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS

(Doc. 27)

Plaintiff Shaun Kane ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on November 3, 2006. The court has screened plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A, and finds that it states cognizable claims for relief against defendants Pierce, Mims, Flores, Tilkes, and Yorke stemming from unavailability of outdoor exercise during the times plaintiff was housed at the Fresno County Jail, in violation of plaintiff's constitutional rights. Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

1.    Service is appropriate for the following defendants:

           RICHARD PIERCE, FORMER SHERIFF

           MARGARET MIMS, SHERIFF

           CAPT. FLORES

CHARLOTTE TILKES

RUSSELL YORKE

2.    The Clerk of the Court shall send plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed September 6, 2007.

3.    Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

a.    Completed summons;

b.    One completed USM-285 form for each defendant listed above; and

c.    Six (6) copies of the endorsed second amended complaint filed September 6, 2007.

4.    Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the initiation of service pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    February 26, 2008**              /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE