IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN KANE, | 1:06-cv-01564-OWW-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO SUBMIT SERVICE DOCUMENTS |
| vs. | |
| RICHARD PIERCE, et al., | (DOCUMENT #36) |
| Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

On March 28, 2008, plaintiff filed a motion to extend time to submit service documents in compliance with the court's order of February 27, 2008. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to submit the service documents.

IT IS SO ORDERED.

Dated:   **April 3, 2008**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE