IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN KANE, | 1:06-cv-01564-OWW-GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| vs. | |
| RICHARD PIERCE, et al., | (DOCUMENT #44) |
| Defendants. | SIXTY DAY DEADLINE |
| _____/ | |

On June 24, 2008, plaintiff filed a motion to extend time to file a response to the defendants' motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty (60) days from the date of service of this order in which to file a response to defendants' motion to dismiss.

IT IS SO ORDERED.

Dated:   **June 30, 2008**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE