1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9   SHAUN KANE,                                    CASE NO. 1:06-cv-01564-OWW-GSA PC

10                         Plaintiff,              **ORDER DIRECTING SERVICE OF
                                                   SECOND AMENDED COMPLAINT ON
11          v.                                     DEFENDANT YORKE BY UNITED
                                                   STATES MARSHAL WITHOUT
12   RICHARD PIERCE, et al.                        PREPAYMENT OF COSTS**

13                         Defendants.
                                              /
14   ────────────────────────────────────

15          This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Shaun Kane, a federal

16   prisoners proceeding pro se and in forma pauperis.  The conditions under which the plaintiff was

17   confined while at the Fresno County Jail give rise to this suit.  Service of the second amended

18   complaint was found appropriate on February 27, 2008.  Service was previously initiated against

19   Defendants Pierce, Mims, Flores, and Tilkes, and Mims, Flores, and Tilkes filed a motion to dismiss

20   on June 13, 2008.  Service is still outstanding on Defendant Pierce.

21          Pursuant to the Court's order of February 27, 2008, it is HEREBY ORDERED that:

22          1.     Service is appropriate for the following defendant:

23                 **RUSSELL YORKE, ASST. CHIEF DEPUTY, USM**

24          2.     The Clerk of the Court is directed to forward the following documents to the United

25                 States Marshal:

26                 (1)    One completed and issued summons for each defendant to be served;

27                 (2)    One completed USM-285 form for each defendant to be served;

28   ///

1

1        (3)      One copy of the second amended complaint filed on September 6, 2007, for

2                  each defendant to be served, plus an extra copy for the Marshal;

3        (4)      One copy of this order for each defendant to be served, plus an extra copy for

4                  the Marshal;

5        (5)      One copy of the court's consent form for each defendant to be served.

6    3.      Within **sixty (60) days** from the date of this order, the United States Marshal is

7          directed to notify the following defendant in accordance with the provisions of

8          Federal Rules of Civil Procedure 4(i) and 28 U.S.C. § 566(c):

9                      **RUSSELL YORKE, ASST. CHIEF DEPUTY, USM**

10    4.      The United States Marshal is directed to retain the summons and a copy of the

11          complaint in their file for further use.

12    5.      The United States Marshal shall:

13        a.      Personally serve process and a copy of this order upon the defendant pursuant

14                  to Rule 4(i) of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

15        b.      Within **ten (10) days** after personal service is effected, the United States

16                  Marshal shall file the return of service for the defendant.

17    6.      In the event that defendant is personally served, defendant is required to reply to the

18          complaint.  42 U.S.C. §1997e(g)(2).

19

20    IT IS SO ORDERED.

21    **Dated:**   **July 8, 2008**             /s/ **Gary S. Austin**

                                        UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28