# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN KANE, | CASE NO. 1:06-cv-01564-OWW-GSA PC |
| Plaintiff, | ORDER DENYING MOTION FOR ISSUANCE OF SERVICE ORDER AS MOOT |
| v. | (Doc. 47) |
| RICHARD PIERCE, et al. | |
| Defendants. | |

On July 18, 2008, Plaintiff filed a motion seeking issuance of an order directing the United States Marshal to serve Defendant Yorke. A service order was issued on July 9, 2008. Plaintiff's motion is HEREBY DENIED AS MOOT.

IT IS SO ORDERED.

Dated: __July 23, 2008__        _____/s/ Gary S. Austin_____
                                UNITED STATES MAGISTRATE JUDGE

1