McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAUN KANE, ) | 1:06-cv-01564-OWW-GSA-PC |
| ) | |
| Plaintiff, ) | **EX PARTE REQUEST TO EXTEND** |
| ) | **DEFENDANT'S TIME TO RESPOND TO** |
| v. ) | **COMPLAINT; ORDER** |
| ) | |
| RICHARD PIERCE, et al., ) | |
| ) | |
| Defendants. ) | |

The United States of America requests an extension of time for Defendant, Russell Yorke, Assistant Chief Deputy United States Marshal, ("Defendant") to respond to the Second Amended Complaint filed September 6, 2007 (Doc. 27) by Plaintiff Shaun Kane, a prisoner acting pro se, based on the following:

    1.   Defendant is an employee of the United States Marshals Service.  He has been sued in both his official and individual capacities.  As a result, Defendant will probably be represented by the United States Attorney's Office.

    2.   On July 9, 2008, the court entered an Order Directing Service of Second Amended Complaint on Defendant Yorke by United States Marshal Without Prepayment of Costs (Doc. 46).  The other

defendants in the case, who are officials associated with the Fresno County Sheriff's Department, were previously served and have filed a motion to dismiss.

3.   Before the United States Attorney's Office can represent an individual defendant, the defendant must formally request legal representation by the United States Department of Justice and such request must be approved by the Department of Justice.  Government counsel is currently in the process of obtaining the representation requests from the individual defendant and forwarding it to the Department of Justice for review and approval.

4.   In light of the foregoing, and to enable the United States Attorney's Office to respond to the Complaint on behalf of the Defendant, it is respectfully requested that the Court extend Defendant's time to respond by at approximately 45 days to October 17, 2008.

Respectfully submitted,

Dated: September 5, 2008.    McGREGOR W. SCOTT
United States Attorney

By:   /s/ Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United
States of America

ORDER

IT IS SO ORDERED that the time for Defendant, Russell Yorke, to respond to the Complaint is extended to October 17, 2008.

IT IS SO ORDERED.

**Dated:   September 5, 2008**             /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE