IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN KANE,<br><br>    Plaintiff,<br><br>    vs.<br><br>RICHARD PIERCE, et al.,<br><br>    Defendants.<br>_____/ | 1:06-cv-01564-OWW-GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT YORKE'S MOTION TO DISMISS<br><br>(DOCUMENT #59)<br><br>THIRTY-DAY DEADLINE |

    On November 3, 2008, plaintiff filed a motion to extend time to file a response to defendant Yorke's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his response.

    IT IS SO ORDERED.

    Dated:   **November 6, 2008**          **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE