IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN KANE, | 1:06-cv-01564-OWW-GSA (PC) |
|     Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS |
|     vs. | |
| RICHARD PIERCE, et al., | (DOCUMENT #63) |
|     Defendants. | THIRTY-DAY DEADLINE |
| _____ / | |

On November 10, 2008, Plaintiff filed a motion to extend time to respond to Defendant Yorke's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to respond to the motion to dismiss.

IT IS SO ORDERED.

Dated:  **November 18, 2008**          /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE