# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SHAUN KANE,

               Plaintiff,

   v.

RICHARD PIERCE, et al.

               Defendants.

_____/

CASE NO. 1:06-cv-01564-OWW-GSA PC

ORDER DENYING MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT PIERCE

(Doc. 55)

On September 16, 2008, Plaintiff Shaun Kane filed a motion seeking entry of default against Defendant Richard Pierce.

Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). Because Defendant Pierce neither waived service nor was personally served, he is not yet legally obligated to file a response to Plaintiff's amended complaint, and Plaintiff's motion seeking entry of default is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:**   **December 23, 2008**              **/s/ Gary S. Austin**

                                       UNITED STATES MAGISTRATE JUDGE