# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN KANE, | CASE NO. 1:06-cv-01564-OWW-GSA PC |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT YORKE |
| v. | |
| RICHARD PIERCE, et al. | (Doc. 81) |
| Defendants. | |

On April 10, 2009, Defendant Yorke filed an answer to Plaintiff's second amended complaint. Application of the discovery and scheduling order filed on April 10, 2009, is HEREBY EXTENDED to Defendant Yorke.

IT IS SO ORDERED.

Dated: **April 13, 2009**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE