1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  SHAUN KANE,                            CASE NO. 1:06-cv-01564-OWW-GSA PC

10              Plaintiff,                ORDER DENYING MOTION FOR
                                          TRANSCRIPT
11       v.
                                          (Doc. 95)
12  RICHARD PIERCE, et al.,

13              Defendants.
    _____/
14

15       On May 22, 2009, Plaintiff Shaun Kane, a federal prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed a motion seeking a transcript

17  of a hearing held in his criminal case on June 22, 2006.  Plaintiff seeks the transcript for an attorney

18  who is considering representing him in this case.

19       The expenditure of public funds on behalf of an indigent litigant is proper only when

20  authorized by Congress.  See Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted).  The

21  in forma pauperis statute does not authorize the expenditure of public funds for the purpose sought

22  by Plaintiff, and his motion is HEREBY DENIED.  28 U.S.C. § 1915©.

23
24
25
26       IT IS SO ORDERED.

27       **Dated:    June 30, 2009**        **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
28

1