# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN KANE,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD PIERCE, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-01564-OWW-GSA PC<br><br>ORDER SETTING MARCH 15, 2010, DEADLINE FOR DEFENDANT PIERCE TO FILE A RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>(Doc. 126) |

On February 5, 2010, the Court denied Plaintiff's motion to compel Defendants Mims, Flores, and Tilkes to turn over Defendant Richard Pierce's home address to Plaintiff so that service of process may be effected, but the Court ordered Defendants to file a supplemental brief addressing why the Court should not issue an order requiring that the information be provided for in camera review or requiring Defendants to designate the appropriate person to accept service on Defendant Pierce's behalf. On February 22, 2010, the County of Fresno made a special appearance and agreed to waive service of the summons on Sheriff Pierce and to file a responsive pleading on or before March 15, 2010, unless otherwise ordered.

The County's proposal is acceptable, and the Court appreciates the County's cooperation in conserving the resources of the County, the Court, and the United States Marshal. Accordingly,

///
///
///
///

1

1  Defendant Pierce shall file his response to Plaintiff's second amended complaint on or before March
2  15, 2010.

   IT IS SO ORDERED.

   Dated:   February 23, 2010                      /s/ Gary S. Austin
                                              UNITED STATES MAGISTRATE JUDGE