# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN KANE, | CASE NO. 1:06-cv-01564-OWW-GSA PC |
| Plaintiff, | ORDER SUBJECTING DEFENDANT PIERCE TO CURRENT SCHEDULING ORDER AND ORDERING CLERK OF THE COURT TO SERVE DEFENDANT PIERCE WITH A COPY |
| v. | |
| RICHARD PIERCE, et al. | |
| Defendants. | |

Plaintiff Shaun Kane is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.[1] On March 15, 2010, Defendant Richard Pierce filed his answer to Plaintiff's Second Amended Complaint. Defendant Pierce is subject to the most recent Scheduling Order in this case which was filed on February 4, 2010. (Doc. 121.)

The Clerk of the Court is hereby ORDERED to serve a copy of the Scheduling Order, filed on February 4, 2010 (Doc. 121) on Defendant Pierce.

IT IS SO ORDERED.

Dated: **March 17, 2010**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's claims arise from conditions of confinement at the Fresno County Jail.

1