James J. Arendt, Esq.        Bar No. 142937
Michael R. Linden, Esq.      Bar No. 192485

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants MARGARET MIMS, JOSE FLORES,
CHARLOTTE TILKES, and RICHARD PIERCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN KANE, | CASE NO. 1:06-CV-01564-OWW-SKO |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL AND ORDER** |
| RICHARD PIERCE, et al., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff SHAUN KANE, in pro per, and defendants MARGARET MIMS, JOSE FLORES, CHARLOTTE TILKES, and RICHARD PIERCE ("County defendants"), and defendant RUSSELL YORKE ("Federal Defendant"), through their attorneys of record, hereby jointly request and stipulate to dismissal

///
///
///
///
///
///
///

---
Stipulated Dismissal and Order

of the entire action, with prejudice, all parties to bear their own costs and attorney's fees.

DATED: April 15, 2010

By:   /s / Shaun Kane
      Plaintiff Shaun Kane

DATED: April 30, 2010

WEAKLEY, ARENDT & McGUIRE LLP

By:   /s/ James J. Arendt
      James J. Arendt
      Attorney for Defendants MARGARET MIMS, JOSE FLORES, CHARLOTTE TILKES, and RICHARD PIERCE

DATED: April 28, 2010

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Jeffrey J. Lodge
      Jeffrey J. Lodge
      Assistant U.S. Attorney for Defendant RUSSELL YORKE

IT IS SO ORDERED.

**Dated:   May 4, 2010**          **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE